UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Edmund Durfee ) | |
| ) | |
| v. ) | C.A. 16-79-M |
| ) | |
| Nancy A. Berryhill, ) | |
| Acting Commissioner of the Social ) | |
| <u>Secuirty Administration</u>         ) | |

ORDER

The Report and Recommendation of United States Magistrate Patricia A. Sullivan dated February 15, 2017 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED and the Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.

BY ORDER:

  /s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
March 3, 2017